**TS-7339**                                                                **1**

En el Tribunal Supremo de Puerto Rico

| In re: | Querella |
|---|---|
| Georgia Walser  Colón | 99 TSPR 162 |

Número del Caso: TS-7339

Colegio de Abogados: Lcda. Mady Pacheco García de la Noceda

Fecha: 19/08/1999

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Georgia Walser Colón

                              TS-7339

PER CURIAM

         San Juan, Puerto Rico, a 19 de agosto de 1999

         Mediante moción de fecha 16 de julio de 1998, el Ilustre Colegio de Abogados nos informó que la Lcda. Georgia Walser Colón de Pons adeudaba una determinada suma de dinero por concepto de cuotas de colegiación dejadas de pagar al Colegio. Le concedimos término a la mencionada abogada, mediante Resolución de fecha 20 de octubre de 1998, para que mostrara causa por la cual no debía de ser suspendida del ejercicio de la abogacía. Dicha abogada <u>no</u> contestó el referido requerimiento.

         El Colegio de Abogados mediante escrito de fecha 3 de febrero de 1999, además de indicarnos que las cuotas no habían sido satisfechas, nos informó que el padre de la referida abogada se

había comunicado con el Colegio para informarles que su hija deseaba darse de baja del mismo y que éste había sido debidamente orientado sobre el asunto por el Colegio.

Mediante Resolución, de fecha 5 de marzo de 1999, le concedimos a la Lcda. Walser Colón un último término: para satisfacer las cuotas atrasadas; para solicitar formalmente darse de baja como miembro activo del Colegio de Abogados de Puerto Rico; y para explicar su incumplimiento con nuestra Resolución de fecha 20 de octubre de 1998. Apercibimos a la Lcda. Walser Colón que su incumplimiento conllevaría la suspensión automática de la abogacía. Ordenamos, por último, que la referida Resolución fuera notificada, por correo certificado, a la abogada a su dirección en los Estados Unidos y, personalmente, a su señor padre en Puerto Rico. Así se hizo. No obstante el tiempo transcurrido, la Lcda. Georgia Walser Colón no ha cumplido con nada de lo ordenado.

I

Hemos resuelto, en innumerables ocasiones, que los miembros de la profesión tienen la ineludible obligación de responder, de manera diligente, a los requerimientos de este Tribunal y que la incomprensible y obstinada negativa a así hacerlo conlleva la suspensión del ejercicio de la abogacía. In re: Guemarez Santiago, res. el 30 de junio de 1998, 98 TSPR 102; In re: González Escobar, res. el 25 de junio de 1999, 98 TSPR 120.

Atendidas las circunstancias particulares del presente caso, y lo antes expuesto, procede decretar la suspensión inmediata e indefinida del ejercicio de la abogacía en Puerto Rico de la Lcda. Georgia Walser Colón hasta que otra cosa disponga este Tribunal.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Georgia Walser Colón

                                        TS-7339

SENTENCIA

            San Juan, Puerto Rico, a 19 de agosto de 1999

        Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión inmediata e indefinida del ejercicio de la abogacía en Puerto Rico de la Lcda. Georgia Walser Colón hasta que otra cosa disponga este Tribunal.

        Así lo pronunció, manda el Tribunal y certifica la Subsecretaria del Tribunal Supremo. El Juez Presidente señor Andréu García no intervino.

                            Carmen E. Cruz Rivera
                            Subsecretaria del Tribunal Supremo